DANIEL BRODERICK, Bar #89424
Federal Defender
Lexi Negin, D.C. Bar #446153
Assistant Federal Defender
801 I Street, 3rd. Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
RONNIE JAMES WILLIAMS JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR-S-07-483 (LKK) |
| Plaintiff, | |
| v. | **ORDER AFTER HEARING** |
| | JUDGE: Lawrence K. Karlton |
| RONNIE JAMES WILLIAMS JR., CHARLES GOODEN, CHARLES DEMARIO JOHNSON, DARENCE LAMONT JORDAN, TRAVIS DAVIS, AIMEE LEE COX, | |
| Defendant. | |

This matter came on for Status Conference on January 15, 2008, in the courtroom of the Honorable Lawrence K. Karlton, Senior Judge.  Assistant United States Attorney Russell Carlberg appeared on behalf of the United States of America.  Assistant Federal Defender Lexi Negin appeared on behalf of Defendant Ronnie Williams Jr., who was present and in custody, Attorney Lindsay Weston appeared on behalf of Defendant Charles Gooden, who was present and in custody, Attorney Robert Joseph Peters appeared on behalf of Defendant Charles Demario Johnson, who was present and in custody, Attorney James Greiner appeared on behalf of Defendant Darence Lamont Jordan who was present and in custody, Attorney Dan Frank Koukol appeared on behalf of Defendant Travis Davis, who was present and in custody, and John Manning appeared on behalf of Defendant Aimee Lee Cox, who was present and in custody.

Order After Hearing

All parties agreed that defense counsel needs additional time for investigation, review of discovery and to prepare a defense of the case. A further status conference date of March 4, 2008, is set.

Accordingly, the parties agreed to exclude time from calculation under the Speedy Trial Act for the reasons stated above, pursuant to 18 U.S.C. §3161 (h)(8)(B)(iv) and Local Code T4, for preparation of counsel, from January 15, 2008, up until and including March 4, 2008.

Good cause appearing therefor,

IT IS ORDERED that this matter is continued to March 4, 2008, at 9:30 a.m. for Status Conference.

IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161 (h)(8)(B)(iv) and Local Code T4, the period from January 15, 2008, up to and including March 4, 2008, is excluded from the time computations required by the Speedy Trial Act due to ongoing preparation of counsel.

Dated: January 25, 2008

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

Order After Hearing                                    2