John R. Manning
Attorney at Law
Ca. St. Bar No. 220874
1812 J Street, Suite 22
Sacramento, CA  95814
Telephone:  (916) 444-3994

Attorney for Defendant
Aimee Lee Cox

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CR NO. S-07-0483 LKK |
|---|---|---|
| | ) | |
| Plaintiff, | ) | STIPULATION AND |
| | ) | ORDER CONTINUING |
| v. | ) | STATUS CONFERENCE |
| | ) | |
| Charles Gooden, et al. | ) | |
| | ) | Date:  3/4/08 |
| Defendants. | ) | Time:  9:30 a.m. |
| | ) | Judge: Hon. Lawrence K. Karlton |

IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Russell Carlberg, Assistant United States Attorney, together with counsel for defendant Aimee Lee Cox, John R. Manning Esq., counsel for defendant Darence Jordan, James Greiner Esq., counsel for defendant Travis Davis, Dan Koukol Esq., counsel for defendant Ronnie Williams, Jr., Peter Kmeto Esq., counsel for defendant Charles Johnson, Robert Peters Esq., and counsel for defendant Charles Gooden, Lindsay Weston Esq., that the status conference presently set for March 4, 2008 be **continued to April 22, 2008, at 9:30 a.m.**, thus **vacating** the presently set status conference.

Counsel for the parties agree that this is an appropriate

1

1  exclusion of time within the meaning of Title 18, United States
2  Code § 3161(h)(8)(B)(iv) (continuity of counsel/ reasonable time
3  for effective preparation) and Local Code T4, and agree to
4  exclude time from the date of the filing of the order until the
5  date of the status conference, April 22, 2008.

7  IT IS SO STIPULATED.

Dated: February 28, 2008           /s/ John R. Manning
                                   JOHN R. MANNING
                                   Attorney for Defendant
                                   William James Moore

Dated: February 28, 2008           /s/ James Greiner
                                   James Greiner
                                   Attorney for Defendant
                                   Darence Jordan

Dated: February 28, 2008           /s/ Dan Koukol
                                   Dan Koukol
                                   Attorney for Defendant
                                   Travis Davis

Dated: February 28, 2008           /s/ Peter Kmeto
                                   Peter Kmeto
                                   Attorney for Defendant
                                   Ronnie Williams, Jr.

Dated: February 28, 2008           /s/ Robert Peters
                                   Robert Peters
                                   Attorney for Defendant
                                   Charles Johnson

Dated: February 28, 2008           /s/ Lindsay Weston
                                   Lindsay Weston
                                   Attorney for Defendant
                                   Charles Gooden

Dated: February 28, 2008           McGREGOR W. SCOTT
                                   United States Attorney

                              by:  /s/ Russell Carlberg
                                   Russell Carlberg
                                   Assistant U.S. Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No.  CR.S-07-0483-LKK |
|---|---|
|                    Plaintiff, | ) |
|         v. | ) [ORDER TO |
|  | ) CONTINUE STATUS CONFERENCE |
| Charles Gooden, et al. | ) |
|                    Defendants. | ) |

GOOD CAUSE APPEARING, it is hereby ordered that the March 4, 2008 status conference be continued to April 22, 2008 at 9:30 a.m.  I find that the ends of justice warrant an exclusion of time and that the defendant's need for continuity of counsel and reasonable time for effective preparation exceeds the public interest in a trial within 70 days.  THEREFORE IT IS FURTHER ORDERED that time be excluded pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 from the date of this order to April 22, 2008.

IT IS SO ORDERED.

Dated: March 3, 2008

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT