LINDSAY ANNE WESTON
Attorney  State Bar NO. 73132
1477 Drew Avenue, Suite 106
Davis, California 95618
(530) 756-7774

Attorney for Defendant
CHARLES GOODEN

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>           Plaintiff,<br><br>    vs.<br><br>CHARLES GOODEN, et. al.,<br><br>           Defendants. | Case No.:  CR S-07-0483  LKK<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME<br>. |

      IT IS HEREBY STIPULATED and agreed to between the United States of America through Russell Carlberg, Assistant United States Attorney; defendant, CHARLES GOODEN, by and through his counsel, Lindsay Anne Weston; defendant, RONNIE WILLIAMS, JR., by and through his counsel, Peter Kmeto; defendant, DERENCE JORDAN, by and through his counsel, James Greiner; defendant TRAVIS DAVIS, by and through his counsel, Daniel Koukol; and defendant AIMEE LEE COX, by and through her counsel, John R. Manning, that the status conference in this matter currently scheduled for April 22, 2008, at 9:30 a.m. be continued to June 3, 2008, at 9:30 a.m.

      The basis for this request, which is made by the defense, is that defense counsel need time to review additional discovery recently provided by the government, to wit, four discs of discovery. Additionally, counsel for certain defendants are in plea negotiations with the

government and request time to complete negotiations before the setting of a motions briefing schedule and trial date.

    IT IS FURTHER STIPULATED that the period from April 22, 2008, (the date currently set for the status conference) through and including June 3, 2008, be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 for continuity and preparation of counsel.

Dated:  April 20, 2008                      Respectfully submitted,

/s/Lindsay Weston
_____
LINDSAY ANNE WESTON
Attorney for Defendant
CHARLES GOODEN

/s/ Lindsay Weston for
_____
PETER KMETO
Attorney for Defendant
RONNNIE WILLIAMS, JR.

/s/ Lindsay Weston for
_____
JAMES GREINER
Attorney for Defendant
DERENCE JORDAN

/s/ Lindsay Weston for
_____
DANIEL KOUKOL
Attorney for Defendant
TRAVIS DAVIS

////////

///////

|  |  |
|---|---|
| | /s/ Lindsay Weston for |
| | _____ |
| | JOHN R. MANNING |
| | Attorney for defendant |
| | AIMEE LEE COX |
| Date: April 20, 2008 | MCGREGOR W. SCOTT |
| | United States Attorney |
| | /s/ Lindsay Weston for |
| | _____ |
| | RUSSELL CARLBERG |
| | Assistant United States Attorney |
| | Per telephonic authority |

**ORDER**

IT IS SO ORDRED.

Dated:  April 21, 2008

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

- 3