LINDSAY ANNE WESTON
Attorney State Bar NO. 73132
1477 Drew Avenue, Suite 106
Davis, California 95618
(530) 756-7774

Attorney for Defendant
CHARLES GOODEN

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    Plaintiff,<br><br>  vs.<br><br>CHARLES GOODEN, et. al.,<br><br>    Defendants. | Case No.: CR S-07-0483 LKK<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME<br>. |

IT IS HEREBY STIPULATED and agreed to between the United States of America through Russell Carlberg, Assistant United States Attorney; defendant, CHARLES GOODEN, by and through his counsel, Lindsay Anne Weston; defendant, RONNIE WILLIAMS, JR., by and through his counsel, Peter Kmeto; defendant TRAVIS DAVIS, by and through his counsel, Daniel Koukol; and defendant AIMEE LEE COX, by and through her counsel, John R. Manning, that the status conference in this matter currently scheduled for June 3, 2008, at 9:30 a.m. be continued to August 5, 2008, at 9:30 a.m.

The basis for this request is that defense counsel need time to review discovery recently provided by the government with the defendants. Further, counsel for at least two of the defendants are in plea negotiations with the government and request time to complete negotiations before the setting of a motions briefing schedule and trial date.

IT IS FURTHER STIPULATED that the period from June 3, 2008, (the date currently set for the status conference) through and including August 5, 2008, be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 for continuity and preparation of counsel.

Dated:  May 29, 2008                    Respectfully submitted,

/s/Lindsay Weston

_____
LINDSAY ANNE WESTON
Attorney for Defendant
CHARLES GOODEN

/s/ Lindsay Weston for

_____
PETER KMETO
Attorney for Defendant
RONNNIE WILLIAMS, JR.

/s/ Lindsay Weston for

_____
DANIEL KOUKOL
Attorney for Defendant
TRAVIS DAVIS

/s/ Lindsay Weston for

_____
JOHN R. MANNING
Attorney for defendant
AIMEE LEE COX

////

/////

- 2

| | |
|---|---|
| Date: May 29, 2008 | MCGREGOR W. SCOTT<br>United States Attorney<br><br>/s/ Lindsay Weston for<br>_____<br>RUSSELL CARLBERG<br>Assistant United States Attorney<br>Per telephonic authority |

**ORDER**

IT IS SO ORDRED.

Dated:  June 2, 2008

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT