McGREGOR W. SCOTT
United States Attorney
RUSSELL L. CARLBERG
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2748
Email: Russell.Carlberg@usdoj.gov

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>Plaintiff,     )<br>)<br>v.            )<br>)<br>)<br>CHARLES GOODEN,        )<br>  aka "Charlie Hustle";  )<br>RONNIE JAMES WILLIAMS, Jr., )<br>  aka "Big";          )<br>DERENCE LAMONT JORDAN,  )<br>  aka "D";            )<br>TRAVIS DAVIS, and      )<br>AIMEE LEE COX,         )<br>)<br>Defendants.   )<br>_____) | CR NO. S-07-0483 LKK<br><br>ORDER CONTINUING STATUS<br>CONFERENCE AND FINDING<br>EXCLUDABLE TIME |

This matter came on regularly for Status Conference on August 5, 2008, in the courtroom of the Honorable Lawrence K. Karlton. Lindsay Weston appeared on behalf of defendant, Charles Gooden who was personally present.  Peter Kmeto appeared on behalf of defendant, Ronnie James Williams, Jr., who was personally present. John Manning appeared for defendant, Aimee Lee Cox, and specially appeared on behalf of David Kurowsky for defendant Darence Jordan; both Ms. Cox and Mr. Jordan were personally present.  Dan Koukol and

1  Daniel Clymo appeared for Travis Davis, who was personally present.
2  Daniel Clymo replaced Dan Koukol as counsel of record for Travis
3  Davis.  Assistant U.S. Attorney Russell L. Carlberg appeared on
4  behalf of the United States.
5       Upon motion of the defendants, the Court continued the next
6  status conference in this case to September 16, 2008 at 9:30 a.m.
7  The government has provided hundreds of pages of discovery, videos,
8  audio recordings, and still photographs that the defense attorneys
9  need to review.  The continuance is necessary for counsel adequately
10 to review the discovery provided by the government, go over the
11 discovery with their clients and to conduct further investigation in
12 the case.  Thus, the requested continuance is for effective and
13 diligent preparation of counsel.
14      The Court finds that the interests of justice served by
15 granting this continuance outweigh the best interests of the
16 public and the defendant in a speedy trial, 18 U.S.C. §§ 3161
17 (h)(8)(B)(iv) (local code T-4) and time, therefore, will be excluded
18 from August 5, 2008 through and including September 16, 2008.
19 DATE: August 15, 2008

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2