HEATHER E. WILLIAMS, Bar #122664
Federal Defender
HANNAH R. LABAREE, Bar #294338
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
CHARLES GOODEN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHARLES GOODEN,<br><br>Defendant. | No.  CR. S 2:07-cr-483 TLN<br><br>**STIPULATED MOTION AND ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**<br><br>RETROACTIVE DRUGS-MINUS-TWO REDUCTION CASE<br><br>Judge: Hon. TROY L. NUNLEY |

Defendant, CHARLES GOODEN, by and through his attorney, Assistant Federal Defender Hannah R. Labaree, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Jason Hitt, hereby stipulate as follows:

1. Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

2. On January 13, 2009, this Court sentenced Mr. Gooden to a term of 108 months imprisonment;

3. Mr. Gooden's total offense level was 29, his criminal history category was III, and the resulting guideline range was 108 to 135 months;

     4.     The sentencing range applicable to Mr. Gooden was subsequently lowered by the United States Sentencing Commission in Amendment 782, made retroactive on July 18, 2014, see 79 Fed. Reg. 44,973;

     5.     Mr. Gooden's total offense level has been reduced from 29 to 27, and his amended guideline range is 87 to 108 months;

     6.     Accordingly, the parties request the Court enter the order lodged herewith reducing Mr. Gooden's term of imprisonment to a term of 87 months.

Respectfully submitted,

Dated:  October 16, 2015　　　　　　　　　　　Dated:   October 16, 2015

BENJAMIN B. WAGNER　　　　　　　　　　　HEATHER E. WILLIAMS  
United States Attorney　　　　　　　　　　　　　Federal Defender

 /s/ *Jason Hitt*　　　　　　　　　　　　　　　　 /s/ *Hannah R. Labaree*  
JASON HITT　　　　　　　　　　　　　　　　　HANNAH R. LABAREE  
Assistant U.S. Attorney　　　　　　　　　　　　Assistant Federal Defender

Attorney for Plaintiff　　　　　　　　　　　　　Attorney for Defendant  
UNITED STATES OF AMERICA　　　　　　　CHARLES GOODEN

**ORDER**

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that Mr. Gooden is entitled to the benefit Amendment 782, which reduces the total offense level from 29 to 27, resulting in an amended guideline range of 87 to 108 months.

IT IS HEREBY ORDERED that the term of imprisonment imposed in January 2009 is reduced to a term of 87 months.

IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect.  The clerk shall forthwith prepare an amended judgment reflecting the above reduction in sentence, and shall serve certified copies of the amended judgment on the United States Bureau of Prisons and the United States Probation Office.

Unless otherwise ordered, Mr. Gooden shall report to the United States Probation Office within seventy-two hours after his release.

Dated:  October 19, 2015

Troy L. Nunley
United States District Judge